# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| LISA HUBLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 06-5088-CV-SW-DW |
| NEVADA R-5 SCHOOL DISTRICT, | ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   January 7, 2008                                       /s/ Dean Whipple
                                                              Dean Whipple
                                                              United States District Judge